# IN THE UNITED STATES COURT OF APPEALS
# FOR THE SEVENTH CIRCUIT

| | |
|---|---|
| RUTHELLE FRANK, et al., <br><br> Plaintiffs-Appellees, <br><br> v. <br><br> SCOTT WALKER, et al., <br> Defendants-Appellants. | No. 14-2058 & 14-2059 <br><br> On Appeal from the United States District Court for the Eastern District of Wisconsin |
| LEAGUE OF UNITED LATIN AMERICAN CITIZENS OF WISCONSIN, et al., <br><br> Plaintiffs-Appellees, <br><br> v. <br><br> DAVID G. DENINGER, et al., <br><br> Defendants-Appellants. | Case Nos. 11-cv-1128 & 12-cv-185 <br> (The Honorable Lynn S. Adelman) |

## MOTION OF THE ONE WISCONSIN INSTITUTE
## FOR LEAVE TO FILE THE ATTACHED AMICUS BRIEF
## IN SUPPORT OF PANEL REHEARING OR REHEARING EN BANC

One Wisconsin Institute, Inc. ("Institute"), a corporation organized under section 501(c)(3) of the Internal Revenue Code, respectfully moves for leave to file the attached amicus brief in support of panel rehearing or rehearing en banc under Federal Rule of Appellate Procedure 29(a) and Seventh Circuit Rule 35. This case

1

raises important issues regarding the enforceability of Wisconsin's photo ID law. The Institute has conducted research and published information relating to access to Wisconsin Department of Motor Vehicles ("DMV") service centers.

On September 12, 2014, a three-judge panel of this Court lifted the trial court's injunction and allowed the state to implement Wisconsin's photo ID law. The panel did not appear to have the benefit of information relating to access to DMVs before rendering its decision. OWN believes that the attached amicus brief setting forth the inaccessibility issues with Wisconsin's DMVs would be of substantial assistance to this Court.

On September 16, 2014, Plaintiffs-Appellees filed a joint motion for a panel rehearing or rehearing en banc. OWN will file 30 copies of the attached amicus brief should the Court grant the motion.

Dated this 22nd day of September 2014.

                __/s/ Rebecca K. Mason_____
                Rebecca K. Mason
                REBECCA MASON LAW LLC
                704 Park Avenue
                Racine WI 53403
                (262) 632-2899 (phone)
                (262) 995-9531 (fax)
                mason@rebeccamasonlaw.com

*Attorney for One Wisconsin Institute*